UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE L. DAVIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. C13-1969-MAT<br><br>ORDER RE: SOCIAL SECURITY DISABILITY APPEAL |

This matter comes before the undersigned on remand from the Ninth Circuit Court of Appeals. (Dkts. 40-41.) The Ninth Circuit issued a Memorandum concluding this matter should be remanded to the Commissioner of the Social Security Administration (Commissioner)[1] for further proceedings. (Dkt. 40.) As such, this matter is herein REMANDED to the Commissioner for further administrative proceedings consistent with the Ninth Circuit's decision.

DATED this 27th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket.

ORDER
PAGE - 1